**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00348-CV**
_____

**SCOTT SCHUMACHER, Appellant**

**V.**

**DALLAS COUNTY, Appellee**

**On Appeal from the 298th District Court**
**Dallas County, Texas**
**Trial Cause No. TX-18-00550**

**MEMORANDUM OPINION**

On October 9, 2019, we notified the parties that this appeal would be dismissed unless the appellant remitted the filing fee for the appeal. Appellant did not respond.

Appellant did not file an affidavit of indigence on appeal and has not shown that he is entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.1.

1

There being no satisfactory explanation for the failure to pay the filing fee for the appeal, the appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 42.3.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on November 6, 2019
Opinion Delivered November 7, 2019

Before McKeithen, C.J., Kreger and Horton, JJ.